USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1386

 ANINA RASTEN,

 Plaintiff, Appellant,

 v.

 U.S. DEPARTMENT OF LABOR,

 Defendant, Appellee.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Edward F. Harrington, U.S. District Judge]

 Before

 Selya, Stahl and Lynch,
 Circuit Judges.
 
 

 Anina Rasten on brief pro se.
 

DECEMBER 22, 1998

 
 

 Per Curiam. After carefully considering the
 appellant's brief and the record on appeal, we affirm the
 judgment of the district court. The appellant's complaint did
 not set forth sufficient facts to support an action in federal
 court. The district court had discretion under 28 U.S.C. 
 1915(e)(2) to dismiss the suit without giving the appellant an
 opportunity to amend the complaint.
 Affirmed. Loc. R. 27.1.